```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION

IN RE:   JOHN M. CANTRELL,           {  CHAPTER 13
                                     {
                                     {
         DEBTOR(S)                   {  CASE NO. R05-40871MGD
                                     {
                                     {  JUDGE DIEHL
```

### OBJECTION TO CONFIRMATION

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Chapter 13 composition plan proposes to pay a debt of $18,937.42 for a vehicle purchased on or about august 13, 2004; thereby, indicating a lack of good faith in proposing a repayment plan, 11 U.S.C. Section 1325(a)(3).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

April 7, 2005

_____/s_____
Mary Ida Townson, Esq.
Chapter 13 Trustee
GA Bar No. 715063

Mary Ida Townson, Chapter 13 Trustee
Suite 300 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110

R05-40871MGD

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

JOHN M. CANTRELL
103 DRIPPING ROCK TRAIL
ACWORTH, GA 30101

ATTORNEY FOR DEBTOR(S):

MCPHERSON & COOK
274 WASHINGTON AVENUE
MARIETTA, GA 30060

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 7th day of April, 2005.

      /s _____

Mary Ida Townson, Chapter 13 Trustee
Suite 300 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110